# Exhibit 1

Case 2022CV000612  Document 3  Filed 07-08-2022  Page 1 of 2

FILED
07-08-2022
Clerk of Circuit Court
Outagamie County
2022CV000612

STATE OF WISCONSIN :: CIRCUIT COURT :: OUTAGAMIE COUNTY

JENNIFER A. WILLIAMSON,
1626 N. Nicholas Street
Appleton, WI 54914

    Plaintiff,

v.

                            CASE NO.: 2022-
                            CASE CODE: 30101

WAL-MART STORES,
702 SW 8th Street
Bentonville, AR 72716-0555

    Defendant.

## SUMMONS

THE STATE OF WISCONSIN, to each person named above as a Defendant:

YOU ARE HEREBY notified that the Plaintiff named above has filed a lawsuit or other legal action against you. The Complaint, which is attached, states the nature and basis of the legal actions.

Within twenty (20) days of receiving this summons (45 days if you are the State of Wisconsin or an insurance company, 60 days if you are the United States of America), you must respond with a written Answer, as that term is used in § 802 of the Wisconsin Statutes, to the

PROCESS SERVER

7/19/22  3:15 pm

DATE / TIME

Complaint. The Court may reject or disregard an Answer that does not follow the requirements of the statutes. The Answer must be sent or delivered to the Court, whose address is as follows:

> CLERK OF COURTS
> 320 SOUTH WALNUT STREET
> APPLETON, WI 54911

And to Plaintiff's Attorney, John Miller Carroll, of John Miller Carroll Law Office, whose address is as follows:

> JOHN MILLER CARROLL LAW OFFICE
> 226 SOUTH STATE STREET
> APPLETON, WI 54911

You may have an attorney help or represent you.

If you do not provide a proper Answer within (20) days of receiving this summons (45 days if you are the State of Wisconsin or an insurance company, 60 days if you are the United States of America), the Court may grant judgment against you for the award of the money or other legal action requested in the Complaint. A judgment may be enforced as provided by law. A judgment awarding money may become a lien against any real estate you own now or in the future, and may also be enforced by garnishment or seizure of property.

Dated in Appleton Wisconsin, this 8th day of July, 2022.

> Respectfully Submitted,
> **JOHN MILLER CARROLL**
> **LAW OFFICE**
>
> By: ***John Miller Carroll***
> John Miller Carroll
> Attorney for Plaintiff
> State Bar No. 1010478

ADDRESS:
226 S. State Street
Appleton, WI 54911
920) 734-4878

2

FILED
07-08-2022
Clerk of Circuit Court
Outagamie County
2022CV000612

STATE OF WISCONSIN : CIRCUIT COURT : OUTAGAMIE COUNTY

---

JENNIFER A. WILLIAMSON
1626 N. Nicholas Street
Appleton, WI 54914

    Plaintiff,

v.

WAL-MART STORES,
702 SW 8th Street
Bentonville, AR 72716-0555

    Defendant.

Case No.
Class Code: 30101

---

## COMPLAINT

---

NOW COMES the Plaintiff, Jennifer Williamson, by her attorney, John Miller Carroll, S.C. and for cause of action against the Defendant, allege as follows:

### PARTIES, JURISDICTION AND VENUE

1. The Plaintiff, Jennifer Williamson, is an adult resident of the State of Wisconsin who resides at 1626 N. Nicholas Street, Appleton, WI 54914.
2. That the Defendant, Wal-Mart Stores, is upon information and belief, a corporation organized and existing and under the laws of the State of Wisconsin.
3. That the Defendant, Wal-Mart Stores, principal office, is upon information and belief, located at 702 SW 8th Street, Bentonville, AR 727160555.

### ALLEGATIONS COMMON TO ALL CLAIMS
#### Claim One Negligence

1. That on July 9, 2019, the Plaintiff, entered the Wal-Mart Store located at 955 Mutual Way, in the City of Appleton, County of Outagamie, Wisconsin, as a customer-invitee.

1

2. As the Plaintiff entered the Wal-Mart Store on 955 Mutual Way at approximately 9:45 a.m., she was walking towards the service desk and slipped on a puddle of water that was in front of a stack of 5-gallon water bottles. The floor in this area is white and the water was not visible. The water was in an area where customers pick up bottles of water and the area was not covered with anything.

3. The Plaintiff's left foot slipped 3-4 feet in front of her and her right knee hit the floor. The Plaintiff felt her knee cap jam and her ankle was strained and toenail pulled up. Essentially, she fell into a split as a result of the water not having been removed from the floor.

4. The Plaintiff subsequently felt immense pain in her right knee. An employee of Wal-Mart was pushing a cart at the time of the incident and witnessed the Plaintiff fall and immediately asked if she was okay and needed help getting up. The Plaintiff was in a state of confusion but requested that the matter be documented. Further, another employee that was standing nearby came to assist. A manager was summoned and the Plaintiff requested that the fall be documented and an injury report was filled out. The Plaintiff sat in a chair in the optical store within Wal-Mart and an ice pack was placed on her right knee. At that time, she could see another employee with paper towels cleaning up the spill in the immediate area. The manager shouted, "No, I have to take pictures of that," to which the employee apologized and replied, "you can still see the skid marks."

5. That this entire incident was captured on video tape, which is in possession of the Defendant, Wal-Mart Stores.

6. That on July 9, 2019, Wal-Mart was aware, or should have been aware, that water would be in the area where the Plaintiff fell as she was frequenting the store.

7. That a direct result and proximate result of the water that was left on the floor by the Defendant, Wal-Mart Stores, the Plaintiff fell and sustained a complex tear of the medial meniscus to her right knee.

8. The Plaintiff underwent an arthroscopy and partial medial and lateral meniscectomies.

9. A year and a half after the surgery, an MRI was ordered which found a meniscus tear in her right knee. A second arthroscopy and partial medial meniscectomy was performed on the Plaintiff.

2

10. That as a direct and proximate result of the failure of the Defendant, Wal-Mart Stores, and its employees and agents to remove the water from the floor, the Plaintiff sustained injuries which required immediate medical attention.

11. That as a direct and proximate result of the injury to her knee, the Plaintiff missed hours of employment and was unable to perform her regular duties as a result of the injury.

12. That the Plaintiff has sustained medical expenses, lost wages, and permanent injury as a result of the negligence of Wal-Mart Stores and employees.

**WHEREFORE, PLAINTIFF PRAYS JUDGMENT AGAINST THE DEFENDANT AS FOLLOWS:**

1. For general damages;
2. For damages of permanent injury;
3. For past, present and future pain and suffering;
4. For medical expenses incurred;
5. For wage loss;
6. For costs of this suit;
7. For such other and further relief as the Court deems just and equitable.

**PLAINTIFF DEMANDS A JURY OF TWELVE.**

DATED at Appleton, Wisconsin this 8th day of July, 2022.

Respectfully Submitted,

By: */s/ John Miller Carroll*
John Miller Carroll
Attorney for Plaintiff
State Bar No. 1010478

ADDRESS:
226 S. State Street
Appleton, WI 54911
(920) 734-4878

3